AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 15 U.S.C. Section 1 - Bid Rigging (San Francisco County)
Count Two: 18 U.S.C. Section 1349 - Conspiracy to Commit Mail Fraud (San Francisco County)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Terms for Count 1: (1) 10 years prison; (2) fine of $1 million; (3) 3 years supervised release; (4) $100 special assessment and (5) Restitution. Maximum Terms for Count 2: (1) 30 years prison; (2) fine of $1 million; (3) 5 years supervised release; (4) $100 special assessment; and (5) Restitution

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

E-filing

FILED 2011 OCT 27 A 9 56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ James Doherty

DISTRICT COURT NUMBER
**CR 11 0797 RS**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   USDOJ, Antitrust Division
  ☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   David J. Ward, Trial Attorney

---

**DEFENDANT**

**IS NOT IN CUSTODY**
 Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET

Individual:   James Doherty

15 U.S.C. § 1 – Bid Rigging (Count 1)
<u>Maximum Penalties</u>:
1. A term of imprisonment of 10 years
2. A fine of $1 million, or two times the gross gain or loss, whichever is greater
3. A period of supervised release of not more than 3 years
4. $100 special assessment per count ($100)
5. Restitution

18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud (Count 2)
<u>Maximum Penalties</u>:
1. A term of imprisonment of 30 years
2. A fine of $1 million
3. A period of supervised release of not more than 5 years
4. $100 special assessment per count ($100)
5. Restitution

JEANE HAMILTON (CSBN 157834)
ALBERT B. SAMBAT (CSBN 236472)
DAVID J. WARD (CSBN 239504)
CHRISTINA M. WHEELER (CSBN 203395)
MANISH KUMAR (CSBN 269493)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
david.ward@usdoj.gov
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) Criminal No. CR 11 0797 |
|---|---|
| | ) **INFORMATION** |
| v. | ) VIOLATIONS: 15 U.S.C. § 1 – |
| | ) Bid Rigging (Count One); |
| | ) 18 U.S.C. § 1349 – Conspiracy to |
| JAMES DOHERTY, | ) Commit Mail Fraud (Count Two) |
| Defendant. | ) |

The United States of America, acting through its attorneys, charges:

JAMES DOHERTY,

the defendant herein, as follows:

## BACKGROUND

1. When California homeowners default on their mortgages, the lender or loan servicer can institute foreclosure proceedings through a non-judicial public foreclosure auction. These public auctions typically take place at or near the county courthouse. At the auction an auctioneer sells the property to the bidder offering the highest purchase price. Proceeds from the

INFORMATION – JAMES DOHERTY – 1

sale are then used to pay off the mortgage and other debt attached to the property. Proceeds remaining from the sale are then paid to the homeowner.

COUNT ONE: 15 U.S.C. § 1 – Bid Rigging (San Francisco County)

THE COMBINATION AND CONSPIRACY

2. Beginning as early as November 2008 and continuing until in or about January 2011, the defendant JAMES DOHERTY and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition by rigging bids to obtain title to selected real estate offered at San Francisco County, California public real estate foreclosure auctions in the Northern District of California, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

3. The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendant and co-conspirators to suppress competition by agreeing to refrain from or stop bidding against each other to obtain title to selected real estate offered at San Francisco County, California public real estate foreclosure auctions at non-competitive prices.

4. For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and co-conspirators did those things that they combined and conspired to do, including, among other things:

    a. agreeing, during meetings, conversations, and communications, not to compete for title to selected real estate offered at San Francisco County, California public real estate foreclosure auctions;

    b. designating which conspirator would win the selected real estate at the public real estate foreclosure auctions for the group of conspirators; and

    c. refraining from or stopping bidding for the selected real estate at the public real estate foreclosure auctions.

5. Various entities and individuals, not made defendants in this Information, participated as co-conspirators in the offenses charged in this Information and performed acts and made statements in furtherance of them.

INFORMATION – JAMES DOHERTY – 2

## TRADE AND COMMERCE

6. During the period covered by this Information, the business activities of the defendant and co-conspirators that are the subject of this Information were within the flow of, and substantially affected, interstate trade and commerce. For example, mortgage holders located in states other than California received proceeds from the public real estate foreclosure auctions that were subject to the bid-rigging conspiracy.

## JURISDICTION AND VENUE

7. The combination and conspiracy charged in this Information was carried out, in part, in the Northern District of California, within the five years preceding the filing of this Information.

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

**COUNT TWO**: 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud (San Francisco County)

## THE CONSPIRACY

8. Beginning as early as November 2008 and continuing until in or about January 2011 in San Francisco County in the Northern District of California, the defendant JAMES DOHERTY and co-conspirators did willfully and knowingly combine, conspire, and agree with each other to violate Title 18, United States Code, Section 1341, namely, to knowingly devise and intend to devise and participate in a scheme or artifice to defraud financial institutions, homeowners, and others and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises and, for the purpose of executing or attempting to execute such scheme or artifice, to knowingly use and cause to be used the United States Postal Service or any private or commercial interstate carrier, in violation of Title 18, United States Code, Section 1349.

9. The objects of the conspiracy were to make payoffs to obtain title to selected real estate at fraudulently suppressed prices, to receive payoffs, and to divert money to co-conspirators and away from the mortgage holders and others with a legal interest in select properties sold at public real estate foreclosure auctions in San Francisco County, California ("mortgage holders").

INFORMATION – JAMES DOHERTY – 3

## MEANS AND METHODS

The principal means and methods used to accomplish the conspiracy were as follows:

10. For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and co-conspirators did those things that they combined and conspired to do, including, among other things:

   a. negotiating payoffs with one or more co-conspirators not to compete;

   b. in some instances, falsely participating in foreclosure auctions to create the appearance that they were bidding competitively when, in fact, they were not;

   c. purchasing selected real estate at fraudulently suppressed prices;

   d. paying co-conspirators monies that otherwise would have gone to the mortgage holders;

   e. taking steps to conceal both the fact that payoffs were made and the amounts of the payoffs;

   f. making and causing to be made false and misleading statements on records of public auctions regarding the total purchase price of the selected real estate to trustees and others; and

   g. causing the fraudulently suppressed purchase price to be reported and paid to the mortgage holders.

11. For the purpose of executing the scheme or artifice to defraud and attempting to do so, the defendant and co-conspirators knowingly used and caused to be used the United States Postal Service or private or commercial interstate carriers. For example, trustees used the United States mail and Federal Express to transmit the Trustee's Deeds Upon Sale and other title documents to participants in the conspiracy. These mailings were foreseeable to the defendant in the ordinary course of business.

## JURISDICTION AND VENUE

12. The combination, conspiracy, and agreement to violate Title 18, United States Code, Section 1341 charged in this Information was carried out, in part, in the Northern District of California, within the five years preceding the filing of this Information.

INFORMATION – JAMES DOHERTY – 4

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1349.

Sharis A. Pozen
Acting Assistant Attorney General

Scott D. Hammond
Deputy Assistant Attorney General

John F. Terzaken
Director of Criminal Enforcement
United States Department of Justice
Antitrust Division

Brian J. Stretch
Acting United States Attorney
Northern District of California

Phillip H. Warren
Chief, San Francisco Office

Peter K. Huston
Assistant Chief, San Francisco Office

David J. Ward
Jeane Hamilton
Albert B. Sambat
Christina M. Wheeler
Manish Kumar
Trial Attorneys
United States Department of Justice
Antitrust Division

INFORMATION – JAMES DOHERTY – 5