| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: Barbara Espinoza |
| **CRIMINAL MINUTES** | Time: 8 minutes     **FILED** |

**Date:** January 11, 2012

JAN 1 1 2012

**Reporter:** Kelly Shainline

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Case No:** CR-11-0797 CRB          **DEFT:** JAMES DOHERTY
                                       (X)Present

AUSA: David Ward                       DEF ATTY: Eric Krebs for Brian Getz
USPO: _____
Interpreter: _____

**REASON FOR HEARING** Change of Plea

**RESULT** Defendant placed under oath, the Court admonishes the defendant and reviews the plea agreement with the defendant. A plea of guilty to counts one and two of the information is entered, the court accepts the plea and the defendant is adjudged guilty.

Motions (if any) to be filed no later than _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** April 18, 2012 @ 2:15 p.m.   **for** Status Conference

**[ ] Defendant remanded to custody**

**JUDGMENT**_____

Notes: Not referred to probation at this time.